THE LAW OFFICE OF
**JOSEPH DIBENEDETTO, P.C.**
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279
WWW.DIBENEDETTOLAW.COM

RECEIVED
In Chambers of:
U.S. District Judge
SANDRA L. TOWNES

AUG 19 2009

JOSEPH DIBENEDETTO*
*ADMITTED IN NY, NJ & DC

EDWARD S. PANZER
MARIO J. DEROSSI
OF COUNSEL

TELEPHONE: (212) 608-5858

FACSIMILE: (212) 732-5431

August 19, 2009

**TO BE FILED UNDER SEAL**
The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: **United States v. David Johnson, et. al.**
           **Criminal Docket No. 08-916 (S-3) (SLT)**

Dear Judge Townes:

    I am writing to request that David Johnson be allowed to travel to Branford, Ontario, Canada on August 23, 2009 through August 31, 2009.[1]

    Mr. Johnson is a member of the Massena Muskies, a lacrosse team, which has advanced to the playoffs. The playoff games commence on August 24, 2009 and end on August 30, 2009. These matches will take place at the Gaylord Powles Arena, which is located on the Six Nations Reservation, within Branford, Ontario, Canada.

    Additionally, should this request be granted, Mr. Johnson would be staying at the Comfort Inn, which is also located within Branford, Ontario, Canada.

---

[1] Mr. Johnson's current bail conditions allow him to travel throughout New York State.

## JOSEPH DiBENEDETTO, P.C.

I have spoken to both A.U.S.A. Steven Tiscione and Pretrial Officer Scott Shanahan and they have no objection to the aforementioned request.

Finally, given the nature of this application, it is respectfully requested that this letter be filed under seal.

Thank you for your consideration in this matter.

Respectfully submitted,

Joseph DiBenedetto

cc: Steven Tiscione,
Assistant United States Attorney
(*VIA FACSIMILE*)

Scott Shanahan,
U.S. Pretrial Services Officer
(*VIA FACSIMILE*)