THE LAW OFFICE OF
JOSEPH DIBENEDETTO, P.C.
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279
WWW.DIBENEDETTOLAW.COM

JOSEPH DIBENEDETTO*
*ADMITTED IN NY, NJ & DC

EDWARD S. PANZER
MARIO J. DEROSSI
OF COUNSEL

TELEPHONE: (212) 608-5858

FACSIMILE: (212) 732-5431

March 22, 2014

*TO BE FILED UNDER SEAL*
The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re: United States v. David Johnson, et. al
      Criminal Docket No. 08-916 (S-3) (SLT)**

Dear Judge Townes:

    I am writing to request that David Johnson be allowed to travel to Orlando, Florida with his wife and child for vacation from April 10, 2014 until April 18, 2014. If approved, Mr. Johnson will be staying at the Orlando World Center Marriott.[1]

    I have spoken to A.U.S.A. Steven Tiscione and Pretrial Officer Ryan Lehr and they have no objection to this request.

                                        Respectfully submitted,

                                          Joseph DiBenedetto

cc: Steven Tiscione,
    Assistant United States Attorney

---

[1] Given the nature of this application, it is respectfully requested that this letter be filed under seal.