The Law Office Of
# Joseph DiBenedetto, p.c
The Woolworth Building
233 Broadway, Suite 2707
New York, New York 10279
www.dibenedettolaw.com

Joseph DiBenedetto*
*Admitted in NY, NJ & DC

Edward S. Panzer
Mario J. DeRossi
Of Counsel

Telephone: (212) 608-5858

Facsimile: (212) 732-5431

May 18, 2016

**<u>TO BE FILED UNDER SEAL</u>**
The Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re: United States v. David Johnson, et. al.**
        <u>**Criminal Docket No. 08-916 (S-3) (SLT)**</u>

Dear Judge Townes:

    I am writing to request that David Johnson be allowed to travel to Parc Safari, a water park located in St. Bernard Quebec on Saturday, May 21, 2016, with his wife and children.

    I have spoken to both A.U.S.A. Craig Heeren and Pretrial Services and they have no objection to the aforementioned request.

    Thank you for your consideration in this matter.

                                     Respectfully submitted,

                                     _____/S/_____
                                     Joseph DiBenedetto

cc:  Craig Heeren,
     Assistant United States Attorney
     (*VIA* FACSIMILE)